## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST D/B/A MIJAC MUSIC; COMART MUSIC; EMI VIRGIN SONGS, INC. D/B/A EMI LONGITUTDE MUSIC; EMI BLACKWOOD MUSIC, INC.; SONG A TRON MUSIC; PAINTED DESERT MUSIC CORPORATION | Civil Action No. 3:13-CV-01419 (JCH) |
| Plaintiffs, | |
| v. | |
| BARCELONA WEST HARTFORD, LLC D/B/A BARCELONA-WEST HARTFORD; AND CARL A. PFORZHEIMER, INDIVIDUALLY | |
| Defendants. | |

JANUARY 24, 2014

### JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION FOR STAY OF PROCEEDINGS

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that the parties have come to an agreement in principle regarding settlement of the instant dispute and are in the process of preparing settlement papers for circulation. Accordingly, pursuant to Rule 7(b)(1) of the Rules of the United States District Court for the District of Connecticut, the parties hereby move for a 30-day stay of the proceedings in the case, including the submission of Initial Disclosures – to February 25, 2014, to avoid the unnecessary submission of Initial Disclosures and of the Report pursuant to Fed. R. Civ. Proc. Rule 26(f), Local Rule 26(f), and Local Rule 16(b). The parties expect they will be prepared to file a stipulation of dismissal before February 25, 2014.

1

The parties request this stay as, based on negotiations between the parties and exchanges of the draft settlement agreement, the parties are confident that the case will settle shortly.  The parties wish to avoid wasting the Court's and the Parties valuable time and resources moving forward with discovery when an amicable resolution of the matter appears to be imminent.

WHEREFORE, the parties respectfully request that this Motion for a Stay of Proceedings be granted.

Respectfully submitted,

Date: January 24, 2014

/s/ Michael J. Rye
Michael J. Rye (ct18354)
Chad A. Dever
Cantor Colburn LLP
20 Church Street
22nd Floor
Hartford, CT 06103
Phone: 860-286-2929
Fax: 860-286-0115
mrye@cantorcolburn.com

Attorneys for Plaintiffs

/s/ Joseph G. Fortner, Jr. (with permission)
Joseph G. Fortner, Jr. (ct04602)
HALLORAN & SAGE LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860- 297-4609
Fax:    860-584-0006
fortner@halloransage.com

Attorneys for Defendants

3

## CERTIFICATE OF SERVICE

I, Michael J. Rye, Esq., counsel for Plaintiffs in the above-captioned matter, certify that, on the 24th day of January, 2014, the forgoing document was sent via the Court's ECF System to all counsel of record.

/s/ Michael J. Rye

3